```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

```
------------------------------x
                              :
ANNE E. REED and              :
CHRISTOPHER REED,             :
                              :
     Plaintiffs,              :
                              :
v.                            :    Civil No. 3:05CV00253(AWT)
                              :
WILLIAM G. CALYANIS and       :
LISA CALYANIS,                :
                              :
     Defendants.              :
                              :
------------------------------x
```

### ENDORSEMENT ORDER

The Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 16) is hereby DENIED.  Genuine issues of material fact exist, <u>inter alia</u>, as to whether plaintiff Anne Reed was herself negligent and such negligence was a proximate cause of injury or damages alleged to have been sustained by her.

It is so ordered.

Dated this 15th day of December, 2005, at Hartford, Connecticut.

```
                                        /s/AWT
                              _____
                                     Alvin W. Thompson
                              United States District Judge
```